IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WESLEY LATERRIUS JONES                                                    PLAINTIFF

v.                                        Civil No. 1:23-cv-1033

SHIFT LEADER CYLE WEBSTER,
Ouachita County Detention Center (OCDC);
SHIFT LEADER LUCAS SALBURY, OCDC;
and NURSE STEPHANIE HOLMES                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 8, 2023, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No.

9.  Judge Bryant recommends that Plaintiff's claim that he was deprived of a single meal be

dismissed.  Because this is the only claim brought against Defendants Webster and Salbury, Judge

Bryant also recommends that these Defendants be dismissed from the case.

No party has filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and

Recommendation (ECF No. 9) *in toto*.  Accordingly, Plaintiff's claim that he was deprived of a

single meal is **DISMISSED WITHOUT PREJUDICE**.  Further, Defendants Webster and

Salbury are dismissed from this case.

**IT IS SO ORDERED**, this 30th day of June, 2023.


/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge