IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WESLEY LATERRIUS JONES                                                        PLAINTIFF

v.                                    Civil No. 1:23-cv-1033

NURSE STEFANIE HOLMES                                                         DEFENDANT

# ORDER

Before the Court is the Report and Recommendation filed December 4, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 17) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 24) *in toto*. Accordingly, the Court finds that Defendant's Motion for Summary Judgment should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 3rd day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge