IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WESLEY LATERRIUS JONES                                                                PLAINTIFF

v.                               Case No. 1:23-cv-1033

NURSE STEFANIE HOLMES                                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 24, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge